SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JUSTIN VANCOTT-HARNISH

CASE NO. 6:26-cr-62-CEM-DCI

18 U.S.C. §§ 1591(a)(1), 1594(a)
(Sex Trafficking of a Minor)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Sex Trafficking of a Minor)

Between on or about February 28, 2025, and on or about March 28, 2025, at the Amundsen-Scott South Pole Station, a location within the special maritime and territorial jurisdiction of the United States, the defendant,

**JUSTIN VANCOTT-HARNISH,**

an individual with a last-known residence in the Middle District of Florida and who will be arrested and first brought in the Middle District of Florida, did knowingly recruit, obtain, maintain, patronize, and solicit by any means "Minor Victim 1," who had not attained the age of 14 years, knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and having had a reasonable opportunity to observe Minor Victim 1, and attempted to do so.

All in violation of 18 U.S.C. §§ 7(7), 1591(a)(1) and (b), 1594(a), and 3238.

## FORFEITURE

1.    The allegations contained in Counts One are incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. § 1594(d)(2).

2.    Upon conviction of a violation of Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 1594(d)(2):

a.    Such person's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and;

b.    Any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, a Samsung Galaxy S22 cell phone.

4.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.   has been commingled with other property which cannot be

divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 18 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).



GREGORY W. KEHOE
United States Attorney

By: _____

Kaley Austin-Aronson
Assistant United States Attorney

By: _____

McKenzie Hightower
Trial Attorney

By: _____

Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando

3

FORM OBD-34

March 26                                    No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## JUSTIN VANCOTT-HARNISH

## INDICTMENT

Violations: 18 U.S.C. §§ 1591(a)(1), 1594(a)

Filed in open court this 11th day

of March 2026.

_____
                        Clerk

Bail $_____

GPO 863 525