**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                                          **Case No. 6:26-cr-62-CEM-DCI**

**JUSTIN VANCOTT-HARNISH,**

      **Defendant.**

_____ /

## UNOPPOSED MOTION TO SCHEDULE DETENTION HEARING

Defendant Justin Vancott-Harnish, through his undersigned attorney, respectfully moves this Honorable Court to schedule a detention hearing. In support, Mr. Vancott-Harnish states the following:

1. On March 11, 2026, an indictment was returned against Mr. Vancott-Harnish charging him with one count of sex trafficking of a minor in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a). Doc. 1.

2. Mr. Vancott-Harnish was arrested on March 17, 2026. On March 18, 2026, he appeared before Magistrate Judge Norway for his initial appearance. Doc. 6.

3. At that time, Mr. Vancott-Harnish reserved his right to have a detention hearing at a later date. The government seeks detention. Mr. Vancott-Harnish requests a detention hearing.

4. Mr. Vancott-Harnish's third-party custodian would be his grandmother, Michele Commisso. She lives at 2160 Antler Drive, St. Cloud 34772. There are no firearms in the home, and she lives with her 38-year-old son and her husband. No minors live in the home. Ms. Commisso is willing to agree to restrictions on internet usage in the home as ordered by this Court. This information was provided to Pre-Trail Services this morning.

Pursuant to Local Rule 3.01(g), the undersigned attorney certifies that she conferred with Assistant United States Attorney Kaley Austin-Aronson, and she does not object to the scheduling of a detention hearing but opposes Mr. Vancott-Harnish's release.

## MEMORANDUM OF LAW

Title 18 U.S.C. Section 3142 provides that a court can set conditions of release after holding a hearing. The defense asserts that there are conditions of release this Court can set that will reasonably assure Mr. Vancott-Harnish's appearance at future court dates and protect the community. Defendant requests that this Court schedule a detention hearing at its earliest convenience.

WHEREFORE, Defendant Justin Vancott-Harnish, moves this Court to schedule a detention hearing and to set reasonable conditions of release.

Dated March 19, 2026.

Charles L. Pritchard, Jr.
Federal Defender, MDFL


*/s/Katherine Puzone*
Katherine Puzone, Esq.
Assistant Federal Defender
Florida Bar No. 94491
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: katherine_puzone@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing Motion for Detention Hearing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Kaley Austin-Aronson, Assistant United States Attorney, this 19th day of March 2026.

*/s/Katherine Puzone*
Attorney for Defendant