UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CASE NUMBER: 6:26-cr-62-CEM-DCI

JUSTIN VAN COTT-HARNISH,

        Defendant.

_____/

## MOTION TO WITHDRAW REQUEST FOR DETENTION HEARING

**COMES NOW**, the Defendant JUSTIN VAN COTT-HARNISH, and files this Motion to Withdraw the Federal Defender's request for a Detention Hearing and in support states:

1. On March 20, 2026, undersigned counsel was retained and filed a Notice of Appearance.

2. On March 19, 2026, the Federal Defender filed a Motion to Schedule a Detention Hearing. Doc. 14.

3. On March 23, 2026, a Detention Hearing was scheduled for March 25, 2026. Doc. 18.

4. Undersigned counsel is still in the process of preparing for any potential detention hearing and requests that the presently scheduled hearing be cancelled, without prejudice.

5. Should a new request for a detention hearing be made, a renewed motion for release will be filed with the Court.

6. Undersigned counsel met with the Defendant on March 20, 2026 and he consents to this request.

7. Undersigned conferred with AUSA Kaley Austin-Aronson who does not object to any postponement until a time later requested by undersigned counsel.

WHEREFORE, the Defendant respectfully moves to withdraw the Federal Defender's request for a Detention Hearing, without prejudice, and postpone any detention hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23th day of March, 2026, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the parties of record.

/s/*David Haas*
DAVID HAAS
Florida Bar Number 0494674
Attorney for the Defendant
Haas Law, PLLC
201 S. Orange Avenue, Suite 1017
Orlando, Florida 32801
Telephone:  (407) 755-7675
Facsimile:  (321) 766-6027
E-mail: david@HaasLawPLLC.com