UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:26-cr-62-CEM-DCI**

**JUSTIN VANCOTT-HARNISH**

AUSA: Megan Testerman for Kaley Austin-Aronson

Defense Attorney: David Haas, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **April 16, 2026** 9:46 A.M. – 9:48 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 2 Minutes | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendant's Ore Tenus Motion to Continue Trial is **GRANTED,** with no objection from the Government.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 4/16/2026 until and including 8/31/2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for July 16, 2026 at 9:30 AM.

Jury Trial set for August 2026 trial term.

Court is adjourned.